Henry F. Bailey Jr.
Bailey Stock Harmon Cottam Lopez LLP
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, WY 82003-1557
307-638-7745
307-638-7749 Fax
hank@performance-law.com

James L. Cox, Jr. (*admitted pro hac vice*)
Brent Coon & Associates, PC
1208 S. Race St.
Denver, CO   80210
(303) 756-3243
Jim.cox@bcoonlaw.com

Jeffrey E. Chod (*admitted pro hac vice*)
Chod Law, LLC
P.O. Box 17727
Denver, CO   80217-7727
(314) 541-5862
jchod@chodlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ARTISAN TRUCKERS AND CASUALTY COMPANY, a Wisconsin Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GHOST RIDER TRUCKING & LIVESTOCK LLC; MATTHEW A. DRINKWALTER; and LOREN DRINKWALTER, as Administrator of the Estate of Steven Ray Drinkwalter, <br><br> Defendants. | Case No. 25-CV-00223-KHR |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Loren Drinkwalter, as Administrator of the Estate of Steven Ray

1

Drinkwalter, Matthew A. Drinkwalter, and Ghost Rider Trucking & Livestock, LLC ("Defendants"), by and through counsel, pursuant to Fed. R. Civ. P. 56 and U.S.D.C.L.R. 7.1(b)(2)(A) and respectfully move this Court for an Order entering summary judgment in their favor. The undisputed evidence shows there is no genuine issue of material fact as to whether decedent Steven Drinkwalter was, under law, an employee, statutory employee, or independent contractor of Ghost Rider Trucking & Livestock, LLC ("Ghost Rider") at the time of the fatal July 16, 2024 crossing collision. He was not.

Consequently, Defendants are entitled to summary judgment as a matter of law requiring Artisan Truckers and Casualty Company to satisfy its obligation to indemnify Ghost Rider in the underlying wrongful death suit filed in the Seventh Judicial District Court, Natrona County, Wyoming, Docket No. 2025-CV-0115366.

Pursuant to U.S.D.C.L.R. 7.1(b)(2)(A) Defendants contemporaneously file with this Motion their Brief in Support.

WHEREFORE, Defendants respectfully request this Court grant summary judgment in their favor.

Respectfully submitted this 28th day of April 2026.

Loren Drinkwalter, as Administrator of the Estate of Steven Ray Drinkwalter; Matthew A. Drinkwalter; and Ghost Rider Trucking & Livestock, LLC

Henry F. Bailey Jr.
Bailey Stock Harmon Cottam Lopez LLP
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, WY 82003-1557
307-638-7745
307-638-7749 Fax
hank@performance-law.com

James L. Cox, Jr. (*admitted pro hac vice*)
Brent Coon & Associates, PC
1208 S. Race St.
Denver, CO   80210
(303) 756-3243
Jim.cox@bcoonlaw.com

By:    *s/ Jeffrey E. Chod*
          Jeffrey E. Chod (*admitted pro hac vice*)
          Chod Law, LLC
          P.O. Box 17727
          Denver, CO   80217-7727
          (314) 541-5862
          jchod@chodlawfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Zenith S. Ward
Buchhammer & Ward, P.C.
1821 Logan Avenue
Cheyenne, WY 82001
zenith@bwwyoming.com

*Attorneys for Artisan Truckers and Casualty Company*

*s/ Jeffrey E. Chod*
Jeffrey E. Chod
